## Snyder, Appellant, *v.* Weinberg.

Argued April 30, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*James M. Moran,* for appellant.

*Martin Weinberg,* City Solicitor of Philadelphia, with him *Sheldon L. Albert,* Chief Deputy City Solicitor, and *Paul L. Rucci,* Assistant City Solicitor, for appellee.

OPINION PER CURIAM, July 2, 1973:
Decree affirmed. See *Commonwealth ex rel. Specter v. Moak,* 452 Pa. 482, 307 A. 2d 884 (1973).
Each party to pay own costs.